IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **loanDepot.com, LLC** | |
| Plaintiff, | Case No. 1:22-cv-5971 |
| vs. | |
| **CROSSCOUNTRY MORTGAGE, LLC, KEISHA ANTOINE, SCOTT BONORA, STUART KOLINSKY, BARRY KOVEN, ENRICO MARTINO, SCOTT NADLER, EMELINE RAMOS, ROBERT RAUSH, MICHAEL SECOR, ERIKA VIGNOLA, and YAN ZHENG** | ECF Case |
| Defendants. | |

**[PROPOSED] ORDER TO SHOW CAUSE FOR EXPEDITED DISCOVERY**

Upon the Verified Complaint of Plaintiff loanDepot, LLC ("Plaintiff"), the Declaration of Jim Vaughn, executed on July 12, 2022, and the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Plaintiff's Application for Expedited Discovery, and good and sufficient cause having been shown,

**IT IS HEREBY ORDERED** that Defendants CrossCountry Mortgage, LLC ("CrossCountry"), Keisha Antoine, Scott Bonora, Stuart Kolinsky, Barry Koven, Enrico ("Rick") Martino, Scott Nadler, Emeline Ramos, Robert Raush, Michael Secor, Erika Vignola, and Yan ("Jenny") Zheng (collectively, "Defendants") show cause before the Honorable _____, U.S.D.J., located at the United States Courthouse, _____, in New York, New York, Courtroom _____, on _____, 2022, at _____ a.m. / p.m., or as soon as thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 26 of the Federal Rules of Civil

Procedure ordering expedited discovery as requested in Plaintiff's Memorandum of Law in Support of Plaintiff's Application for Expedited Discovery, and for such other further relief the Court deems just and proper;

**IT IS FURTHER ORDERED** that Plaintiff shall effectuate service of this Order, together with the moving papers upon which it is based, upon counsel for Defendants via e-mail or ECF filing no later than _____ p.m. on July ___, 2022, which shall be deemed good and sufficient service and notice thereof;

**IT IS FURTHER ORDERED** that Defendants' answering papers shall be filed and served upon Plaintiff's counsel by e-mail or ECF filing not later than the _____ day of _____, 2022, and any reply papers shall be filed and served not later than the _____ day of _____, 2022.

Dated:  New York, New York
        July _____, 2022

                                    SO ORDERED this _____ day of _____, 2022.

                                                _____
                                                         U.S.D.J.