```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LOANDEPOT.COM, LLC,                                          :
                                        Plaintiff,           :
                                                             :     22 Civ. 5971 (LGS)
              -against-                                      :
                                                             :     ORDER
CROSSCOUNTRY MORTGAGE, LLC, et al.,                          :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on August 16, 2022, to discuss Plaintiff's motion for expedited discovery in anticipation of a future motion for injunctive relief;

It is hereby **ORDERED** that, by **August 19, 2022**, Defendant CrossCountry Mortgage, LLC ("CrossCountry") shall file a letter stating whether it is amenable to the entry of preliminary injunctive relief on consent to maintain the status quo during discovery, in substantially the form of the "Chicago TRO" referenced by the parties or otherwise, *see* Temporary Restraining Order, *loanDepot.com, LLC v. Schneider*, No. 22 Civ. 1874 (N.D. Ill. Apr. 15, 2022) (Dkt. No. 21).

It is further **ORDERED** that, by **August 23, 2022**, Plaintiff shall file a letter stating whether it intends to move for a preliminary injunction in light of CrossCountry's letter, and whether Plaintiff believes it still requires additional discovery prior to making such a motion.

It is further **ORDERED** that, by **August 26, 2022**, all Defendants other than CrossCountry (the "Individual Defendants") shall file a letter stating whether they are amenable to the entry of preliminary injunctive relief on consent to maintain the status quo during discovery, in substantially the form of the Chicago TRO referenced by the parties or otherwise.

It is further **ORDERED** that the initial pretrial conference scheduled for September 14, 2022, is rescheduled to **September 7, 2022, at 4:20 P.M.**  The parties shall file the joint letter and proposed civil case management plan and scheduling order required by the Order at Dkt. No. 41, by **August 31, 2022, at 12:00 P.M.**

Dated: August 18, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**