UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOANDEPOT.COM LLC,

                Plaintiff,

      -against-

CROSSCOUNTRY MORTGAGE LLC, et al.,

                Defendants.
------------------------------------------------------------X

22 Civ. 5971 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED**, that the pre-motion conference scheduled for September 7, 2022, at 4:20 P.M., is **adjourned** to **September 7, 2022, at 4:35 P.M.** The parties will access the telephone conference by dialing 888-363-4749 and using access code 558-3333.

Dated: September 6, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**