UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LOANDEPOT.COM LLC,
                      Plaintiff,

-against-

CROSSCOUNTRY MORTGAGE LLC, et al.,
                      Defendants.
------------------------------------------------------------X

22 Civ. 5971 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held in this action on September 7, 2022. It is hereby

    **ORDERED** that, by **September 13, 2022**, the parties shall file a joint proposed stipulation for interim injunctive relief during the pendency of discovery and Plaintiff's anticipated motion for preliminary injunction. If the parties are about to agree substantially on the form of interim injunctive relief but not on the specific wording of the stipulation, the parties shall file a proposed stipulation that is agreed to the greatest extent possible and that is marked to show the limited areas of disagreement. The parties may file letters not to exceed one page in support of their proposed wording. If the parties are not able to agree substantially on the form of interim injunctive relief, the parties shall file one joint letter so stating without any further argument, and the Court will decide the issue on the parties' prior submissions.

Dated: September 8, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**