# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO  44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number:  (216) 586-7221
maplatt@JonesDay.com

September 21, 2022

<u>VIA ELECTRONIC CASE FILING</u>

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:    *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*,
No. 1:22-cv-05971-LGS (S.D.N.Y.)

Dear Judge Schofield:

Defendant CrossCountry Mortgage, LLC ("CrossCountry") submits this letter to follow up on the pre-motion conference held by the Court on September 7, 2022, and to request that the Court prescribe a deadline of Monday, October 3, 2022 for CrossCountry to file an answer to the Complaint in this action.

CrossCountry's original deadline to file a responsive pleading was September 23, 2022. (*See* ECF No. 49.)  On August 30, 2022, pursuant to Rule III.C.2 of the Court's Individual Rules and Procedures for Civil Cases, CrossCountry filed a pre-motion letter stating its intention to file a motion to dismiss all claims against CrossCountry, under Fed. R. Civ. P. 12(b)(6).  (ECF No. 75.)  In accordance with Rule III.C.2, CrossCountry's "transmittal of [its] pre-motion letter for a proposed motion under Rule 12(b), Fed. R. Civ. P., stays the time to answer or move until further order of the Court."  Following CrossCountry's pre-motion letter and loanDepot's response, the Court scheduled a pre-motion conference on September 7.  (ECF No. 79.)  At the conferenced, the Court asked CrossCountry to consider refraining from filing its motion to dismiss, and otherwise deferred setting a briefing schedule or other deadlines regarding CrossCountry's motion to dismiss or other responsive pleading.

CrossCountry has considered the Court's guidance during the September 7 pre-motion conference, and has decided not to file a motion to dismiss.  Instead, CrossCountry intends to file an answer, and respectfully asks the Court to prescribe a deadline of October 3, 2022 for CrossCountry's responsive pleading.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Michael A. Platt*
Michael A. Platt

cc:  All counsel of record (by ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON