Pursuant to the Court's Individual Rule I.D.3, if Defendants have an interest in maintaining the confidentiality of any of the sealed or redacted documents referenced below, they were required to file a letter in support of Plaintiff's motion within two business days.  Defendants shall file that letter by **October 28, 2022**.  If no letter is filed, the documents may be made public.

Also by **October 28, 2022**, Plaintiff shall file a letter stating whether any Defendant(s) who have not yet appeared by may have an interest in maintaining the confidentiality of any documents.

So Ordered.

Dated:  October 27, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, Case No. 1:22-cv-05971-LGS

Dear Judge Schofield:

Under Rule I.D.3 of the Court's Individual Rules and Procedures for Civil Cases, we write to request permission to redact limited portions of the Amended Complaint. (ECF 117). loanDepot specifically seeks permission to redact portions of documents marked CONFIDENTIAL by Defendants under the terms of the Stipulated Protective Order.  (ECF 95).

Here, Defendants produced documents under the Stipulated Protective Order, which protects from public disclosure documents marked as CONFIDENTIAL or ATTORNEY'S EYES ONLY.  The proposed redactions are made only to account for documents marked as CONFIDENTIAL or ATTORNEY'S EYES ONLY by Defendants.  In recognition of the Stipulated Protective Order and Defendants' potential "interest in confidential treatment" under Rule I.D.3 of Your Honor's Individual Rules, loanDepot makes this request.  If Defendants wish to maintain confidential treatment of these documents, loanDepot understands that the Court's rules provide that Defendants are instructed to "promptly file a letter on ECF within two business days in support of the motion, explaining why [they] seek[] to have certain documents filed in redacted form or under seal."

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Josh Greenblatt*
Josh Greenblatt, P.C.

## Appendix 1: List of Parties and Counsel

All counsel of record may have access to the filings:

**Counsel for Plaintiff loanDepot.com, LLC**

    Josh Greenblatt, P.C., Kirkland & Ellis LLP
    John P. Del Monaco, Kirkland & Ellis LLP

**Counsel for Defendant CrossCountry Mortgage, LLC**

    Michael A. Platt, Jones Day

**Counsel for Defendants Keisha Antoine, Scott Bonora, Stuart Kolinsky, Barry Koven, Enrico Martino, Scott Nadler, Emeline Ramos, Robert Raush, Michael Secor, Erika Vignola, and Yan Zheng**

    Jeffrey L. Widman, Fox Rothschild LLP

**Counsel for Defendants Stanislav Aleshin, Anthony Ayala, Faheem Hossain, Daniel Kwiatkowski, Jaroslaw Kwiatkowski, Yusheng Liu, Robert London, Daniel Meidan, Giovanni Narvaez, David Ostrowsky, Rafael Reyes, Llewellyn Tejada, and Ilya Vaysberg**

    Presently Unknown