# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Josh Greenblatt, P.C.<br>To Call Writer Directly:<br>+1 212 446 4869<br>josh.greenblatt@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

October 28, 2022

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Court, Southern District of
New York
40 Foley Square, Courtroom 1106
New York, New York  10007

Re:   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, Case No. 1:22-cv-05971-LGS

Dear Judge Schofield:

Pursuant to the October 28, 2022 Order (ECF No. 147), Plaintiff loanDepot submits this letter concerning whether any Defendant who has not yet appeared may have an interest in maintaining the confidentiality of any documents related to loanDepot's October 24, 2022 Letter Motion seeking permission to redact portions of documents marked confidential by Defendants under the terms of the Stipulated Protective Order.  *See* ECF No. 116.

loanDepot believes that Defendants who have not yet appeared in this action Ayala, Aleshin, Meidan, and Liu may have an interest in maintaining the confidentiality of documents related to the redactions in paragraphs 192 and 193 of the Amended Complaint.  *See* ECF No. 118.

loanDepot appreciates the Court's attention to this matter.

KIRKLAND & ELLIS LLP

October 28, 2022
Page 2

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

_/s/ Josh Greenblatt_
Josh Greenblatt, P.C.
John Del Monaco
*Attorneys for loanDepot.com LLC*