```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LOANDEPOT.COM, LLC,                                         :
                                    Plaintiff,              :
                                                            :     22 Civ. 5971 (LGS)
            -against-                                       :
                                                            :           ORDER
CROSSCOUNTRY MORTGAGE, LLC, et al.,                         :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the deadline for any party to file a motion to maintain the Amended Complaint under seal was November 15, 2022;

WHEREAS, no party filed such a motion. It is hereby

**ORDERED** that, by **November 18, 2022**, Plaintiff shall file an unredacted version of the Amended Complaint on the public docket.

Dated: November 17, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**