# Exhibit A



**Kevin Luchko**

7h · 🌐

This is a reminder and PSA that I am employed by Movement Mortgage and my email address at Movement is Kevin.Luchko@movement.com. I have been with Movement Mortgage since January 7, 2022. Despite the fact that I've not been with loanDepot since January 7, 2022, I believe emails have continued to be generated and sent from my former email address at loanDepot (using my name, image and likeness). I also understand that people who have emailed my former email account at loanDepot are not receiving any undeliverable reply message or kickback email. I am sorry for any confusion or issues this has created. Again, I'm now with Movement Mortgage. If you need anything, please email me at Kevin.Luchko@movement.com. Thank you.