UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    LOANDEPOT.COM, LLC,
                                Plaintiff,

                    -against-

    CROSSCOUNTRY MORTGAGE, LLC, et al.,
                               Defendants.
-------------------------------------------------------------X

22 Civ. 5971 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED**, as stated in the Order dated November 7, 2022, (Dkt. No. 157) that a pre-motion conference will be held on **February 1, 2023, at 4:20 P.M.**, concerning Plaintiff's proposed motion to dismiss counterclaims. At the time of the conference, the parties shall call 888-363-4749 and use access code 558-3333. The time of the conference is approximate, but all parties shall be ready to proceed at that time.

    The Clerk of Court is respectfully directed to set this conference as a pre-motion conference, even though it will take place by telephone.

Dated: January 25, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**