UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
LOANDEPOT.COM, LLC,                           :
                          Plaintiff,          :
                                              :      22 Civ. 5971 (LGS)
            -against-                         :
                                              :      ORDER
CROSSCOUNTRY MORTGAGE, LLC, et al.,           :
                          Defendants.         :
                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, by **noon today, February 1, 2023**, the parties shall file a letter or letters, individually or jointly, attaching the relevant pages of or containing the full text of the relevant portions of any contract between Plaintiff and Defendant Kolinsky on which the parties intend to rely with respect to Kolinsky's counterclaims.

Dated: February 1, 2023
       New York, New York

                                      LORNA G. SCHOFIELD
                                      **UNITED STATES DISTRICT JUDGE**