UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LOANDEPOT.COM, LLC,                                          :
                                    Plaintiff,               :
                                                             :         22 Civ. 5971 (LGS)
               -against-                                     :
                                                             :              ORDER
CROSSCOUNTRY MORTGAGE, LLC, et al.,                          :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on **February 1, 2023**. It is hereby

**ORDERED** that, by **February 6, 2023**, Defendant shall file a letter stating whether it intends to move forward with or dismiss its abuse of process counterclaim. It is further

**ORDERED** that, by **February 21, 2023**, Defendant CrossCountry and Kolinsky, and any other Defendants who wish to do so, shall file amended counterclaims. It is further

**ORDERED** that, by **March 14, 2023**, Plaintiff shall file a motion to compel arbitration and a motion to dismiss Defendants' counterclaims; by **April 11, 2023**, Defendants shall file oppositions to Plaintiff's motions as set forth below; and by **April 21, 2023**, Plaintiff shall file a reply in further support of each motion. It is further

**ORDERED** that Plaintiff shall file a single opening memorandum of law in support of its motion to dismiss that shall not exceed thirty pages. Defendants shall file four briefs, which shall not exceed ten pages each: (1) one opposition by CrossCountry; (2) one opposition by Kolinsky; (3) one opposition by Ramos; and (4) one opposition to by the group of Defendants who have asserted claims under the Lanham Act and related state law causes of action. Plaintiff's reply shall not exceed twenty pages. Notwithstanding those page limits, the Individual Defendants may

reallocate pages among their memoranda of law so long as they do not file more than thirty pages in total.  It is further

**ORDERED** that Plaintiff's memorandum of law in support of its motion to compel arbitration shall not exceed ten pages.  The group of Defendants whose claims are potentially subject to arbitration shall file a single opposition that shall not exceed ten pages.  Plaintiff's reply shall not exceed five pages.  It is further

**ORDERED** that the parties shall otherwise follow the Court's Individual Rules concerning motion papers.

Dated: February 2, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**