# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190

TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number: (216) 586-7221
maplatt@JonesDay.com

February 6, 2023

VIA ELECTRONIC CASE FILING

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re: *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*,
No. 1:22-cv-05971-LGS (S.D.N.Y.)

Dear Judge Schofield:

    I write on behalf of CrossCountry Mortgage, LLC ("CrossCountry"), in accordance with the Court's Order of February 3, 2023 (ECF No. 225), to notify the Court that CrossCountry intends to file amended counterclaims on or before the February 21, 2023 deadline and intends to move forward with its abuse-of-process counterclaim against loanDepot.com, LLC.

    We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Michael A. Platt*

Michael A. Platt

cc: All counsel of record (by ECF)