UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANDEPOT.COM, LLC | Case No. 1:22-cv-05971-LGS |
| Plaintiff, | **ECF CASE** |
| vs. | **NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** |
| CROSSCOUNTRY MORTGAGE, LLC, et al. | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, before the Honorable Lorna G. Schofield, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, Plaintiff loanDepot.com, LLC ("Plaintiff"), will respectfully move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for entry of a preliminary injunction order in the form submitted herewith.

This motion is supported by the Declaration of Jessica Pizzutelli, Esq., together with the exhibits attached thereto, the Declaration of Jim Vaughn, together with the exhibits attached thereto, the Declaration of Mark McGowen, the Declaration of Michael Brown, the accompanying memorandum of law, and all prior pleadings and proceedings herein.

Dated:  February 21, 2023

LITTLER MENDELSON, P.C.

By: */s/ Jessica Pizzutelli*

Jessica Pizzutelli, Esq.
375 Woodcliff Drive, Suite 2D
Fairport, NY 14450
(585) 203-3414
Pizzutelli@littler.com

Miguel A. Lopez, Esq.
900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-2595
MALopez@littler.com

*Attorneys for Plaintiff loanDepot.com, LLC*