UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 22 Civ. 5971 (LGS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 253). Accordingly, by **Wednesday, March 8, 2023**, the parties shall file a joint status letter advising the Court of any outstanding discovery disputes.

Dated:      New York, New York
             March 1, 2023

                                        SO ORDERED.

                                        _/s/ Sarah L. Cave_
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**