UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 5971 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephonic discovery conference is scheduled for **Thursday, March 16, 2023 at 2:00 p.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss the discovery disputes outlined in the letter-motion of Plaintiff loanDepot.com, LLC (ECF No. 260 (the "Letter-Motion")), the opposition of Defendant CrossCountry Mortgage, LLC to the Letter-Motion (ECF Nos. 268; 270), and the parties' joint status report dated March 8, 2023. (ECF No. 262).

Dated:      New York, New York
               March 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge