UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-                                        CIVIL ACTION NO.: 22 Civ. 5971 (LGS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,               **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, March 29, 2023 (the "Conference"), the Court orders as follows:

1. Plaintiff loanDepot.com LLC ("loanDepot") shall (i) include in searches two (2) and five (5) the additional term "borrower w/3 list!" (see ECF No. 313-1 at 9–11); (ii) run search seven (7), (see id. at 12); and (iii) run search eight (8) ("Search No. 8"), as to Stillwell, Seeman, and Alvarez **only**. (See id. at 12–13). loanDepot shall promptly serve on Defendants all responsive documents resulting from these searches.

2. loanDepot's letter-motion to quash five non-party subpoenas (the "Subpoenas") served by Defendant CrossCountry Mortgage, LLC ("CrossCountry") was previously, and continues to be, DENIED. (See ECF No. 297). The parties shall meet and confer to narrow the scope of the Subpoenas (for example, by reducing the number of non-parties who must conduct searches, and/or by narrowing the search terms to focus on the documents listed in search 7 or the borrowers in search 8). (ECF No. 313-1 at 12–13).

3. By **Wednesday, April 12, 2023**, CrossCountry shall serve on loanDepot its responses and objections to loanDepot's third set of requests for production (the "Third RFPs"). (ECF Nos. 311 at 3; 314 at 2).  The parties shall meet and confer regarding CrossCountry's production in response to the Third RFPs.

4. The Individual Defendants' counsel shall ascertain from each Individual Defendant (i) on which personal devices they saved loanDepot documents (the "Devices"); and (ii) the locations on the Devices in which the Individual Defendants saved loanDepot documents (<u>e.g.</u>, folder names, specific applications, etc.).  The Individual Defendants' counsel shall be prepared to discuss their findings at the discovery conference scheduled below.

5. loanDepot shall ascertain the types and categories of documents and information it has in its custody, possession, or control that are responsive to Defendant Emeline Ramos' requests concerning her counterclaims for unpaid overtime.

6. A telephonic status conference is scheduled for **Friday, April 21, 2023 at 10:00 a.m.**, on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  By **5:00 p.m.** on **Wednesday, April 19, 2023**, any party wishing to do so may file a letter of no longer than three (3) pages listing discovery disputes requiring the Court's attention.

7. The parties shall order a transcript of the Conference and file it on the docket.  The parties shall submit a single request to:   etranscripts@nysd.uscourts.gov by **Friday, March 31, 2023**.

8. The Clerk of Court is respectfully directed to close ECF No. 296.

Dated: New York, New York
March 29, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**