UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 5971 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held on May 5, 2023 (the "Conference"), the Court orders as follows:

1. With respect to the deposition(s) of loanDepot's Fed. R. Civ. P. 30(b)(6) witness(es), loanDepot's witness(es) shall be prepared to testify as to:

   a. the five examples that the Defendants have identified regarding alleged marketing communications soliciting borrowers sent on behalf of certain Individual Defendants after they separated from loanDepot;

   b. the policy, process, or procedure employed to disconnect or disable the "mello" system as to departing loan officers; and

   c. whether loanDepot considered terminating any of the Individual Defendants in 2022, and, if so, which Individual Defendant(s).

2. The deadline for completion of fact depositions is EXTENDED to **June 16, 2023**.

3. Expert discovery shall proceed as follows:

   a. Plaintiff's report(s) by **June 30, 2023**.

    b. Defendants' report(s) by **July 28, 2023**.

    c. The deadline to complete expert discovery, including depositions, is EXTENDED to **August 18, 2023**.

4. The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to: etranscripts@nysd.uscourts.gov by **May 9, 2023**.

Dated:    New York, New York    SO ORDERED.
           May 5, 2023

_____
SARAH L. CAVE
**United States Magistrate Judge**