UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                        :
LOANDEPOT.COM, LLC,                                :
                             Plaintiff,    :
             -against-                            :          22 Civ. 5971 (LGS)
                                             :
CROSSCOUNTRY MORTGAGE, LLC, et al.,  :         **ORDER**
                                  Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have jointly requested a stay of all deadlines in this matter pending their participation in mediation proceedings;

WHEREAS Plaintiff's motion to dismiss the counterclaims of several Defendants and motion to compel arbitration of certain of those counterclaims are fully briefed and pending. It is hereby

**ORDERED** that all deadlines in this action are stayed pending the parties' participation in mediation. All conferences are adjourned *sine die*. It is further

**ORDERED** that Plaintiff's pending motion to dismiss and motion to compel arbitration are denied without prejudice to renewal. It is further

**ORDERED** that the parties shall file a joint letter apprising the Court of developments in its mediation proceedings by **July 14, 2023, and every thirty days thereafter.**

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 291, 294 and 373.

Dated: June 8, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE