UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOANDEPOT.COM, LLC,
                         Plaintiff,

          -against-                         22 Civ. 5971 (LGS)

CROSSCOUNTRY MORTGAGE, LLC, et al.,        ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Orders at Dkt. Nos. 368, 369 and 371 granted in part and denied in part the parties' motions to seal various filings related to Plaintiff's motion for preliminary injunction.

WHEREAS, the Orders gave the parties until June 9, 2023, to renew their motions to seal and directed the Clerk of Court to maintain all sealed documents under seal pending possible renewed motions. The Orders also instructed the parties to file multiple documents in redacted form;

WHEREAS, none of the parties filed renewed motions to seal. It is hereby

**ORDERED** that the Individual Defendants shall file Dkt. No. 269; Dkt. No. 271-6; Dkt. No. 273-1 and Dkt. No. 274-2 in redacted form by **June 16, 2023**. Failure to do so will result in the unsealing of these documents.

The Clerk of Court is respectfully directed to unseal Dkt. Nos. 243-4, 243-5 and 243-9; Dkt. No. 270; Dkt. No. 271-1, 271-2, 271-3, 271-4 and 271-5; Dkt. No. 272; Dkt. No. 273; Dkt. No. 274-1; Dkt. Nos. 283-1, 283-2, 383-3, 283-4, 283-5 and 283-6; Dkt. No. 284; Dkt. No. 285 and Dkt. No. 286.

Dated: June 13, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE