

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

July 14, 2023

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

**Re:**   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, 22-cv-05971-LGS-SLC

Dear Judge Schofield:

    Pursuant to the Court's Order dated June 9, 2023 (ECF No. 379) granting the parties' joint motion to stay this action pending the parties' mediation, the parties submit this joint status letter.

    The parties agreed on a mediator and scheduled the mediation for September 8, 2023, due to the availability of the parties and the mediator. The parties will promptly report the results of the mediation to the Court. In addition, the parties respectfully request confirmation that the action remains stayed following the Court's June 9, 2023 lift of the stay in connection with Individual Defendants' filing of redacted motion papers.

Respectfully submitted,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc:   All Counsel of Record via CM/ECF

4880-9171-0305.2 / 114369-1017

littler.com