

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

August 15, 2023

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, 22-cv-05971-LGS-SLC

Dear Judge Subramanian:

      Pursuant to the Court's Order dated June 9, 2023 (ECF No. 379) granting the parties' joint motion to stay this action pending the parties' mediation, and the Court's memo endorsement dated July 17, 2023 (ECF No. 387), the parties submit this joint status letter.

      The parties have scheduled their mediation for September 8, 2023. After the mediation, the parties will promptly report the results of the mediation to the Court.

Respectfully submitted,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc:     All Counsel of Record via CM/ECF