

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

September 11, 2023

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**  *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, 22-cv-05971-LGS-SLC

Dear Judge Subramanian:

Pursuant to the Court's Order dated June 9, 2023 (ECF No. 379) granting the parties' joint motion to stay this action pending the parties' mediation, and the Court's memo endorsement dated August 16, 2023 (ECF No. 389), the parties submit this joint status letter.

The parties attended a mediation on Friday, September 8, 2023. The case did not resolve. The parties propose that they meet and confer regarding a revised schedule, and submit a proposed revised schedule to the Court on or before September 25, 2023.

Respectfully submitted,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc: All Counsel of Record via CM/ECF

littler.com