

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450


Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

January 5, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, No. 22-cv-05971-LGS-SLC
        <u>Joint Status Letter</u>

Dear Judge Cave:

      Pursuant to Paragraph 3 of Your Honor's November 6, 2023 Order (ECF No. 419), the Parties submit this joint status letter to advise the court that on December 29, 2023, the District Court lifted the stay in this case. Below is the parties' proposed schedule for the completion of fact and expert discovery:

<u>Close of fact discovery</u>: May 8, 2024

<u>Expert discovery deadlines</u>:
  i. Disclosures: May 22, 2024
  ii. Rebuttal disclosures: June 26, 2024
  iii. Expert deposition deadline: August 2, 2024

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc:     All Attorneys of Record Via CM/ECF

littler.com