

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

January 30, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

> By **February 14, 2024**, the parties shall file a further status update regarding deposition scheduling.
>
> SO ORDERED.    1/31/2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**Re:**   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, **No. 22-cv-05971-LGS-SLC**
<u>Joint Status Letter</u>

Dear Judge Cave:

Pursuant to Your Honor's January 16, 2023 Order (ECF No. 429), the Parties submit this joint status letter to advise the Court of their progress in scheduling fact witness depositions in this litigation. Counsel for the parties conferred telephonically on January 29, 2024 and were able to schedule three depositions of loanDepot witnesses.

   Shane Stanton – March 21, 2024
   Mike Brown – April 3, 2024
   Fallon Fahrendorf – April 16, 2024 (tentatively scheduled)

The parties continue to confer on the scheduling of at least one more deposition to be taken by CrossCountry, and at least three more depositions to be taken by loanDepot. Both sides will continue to confer on scheduling.

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc:    All Attorneys of Record Via CM/ECF