

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

February 14, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

Re:   *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, No. 22-cv-05971-LGS-SLC
       Joint Status Letter

Dear Judge Cave:

Pursuant to Your Honor's January 31, 2024 Order (ECF No. 433), the Parties submit this joint status letter to advise the Court of their progress in scheduling fact witness depositions in this litigation.

Barry Koven – April 5, 2024
Rafael Reyes – April 9, 2024
Robert Raush – April 18, 2024

The parties continue to confer on the scheduling of at least one more deposition to be taken by CrossCountry, and on select remaining Rule 30(b)(6) deposition topics noticed by the Parties. Both sides will continue to confer on scheduling.

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc:      All Attorneys of Record Via CM/ECF