

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

February 29, 2024

> By **March 22, 2024**, the parties shall meet and confer and file a
> further joint status update regarding deposition scheduling.  The
> letter shall include the parties' positions as to any open discovery
> disputes that are ripe for the Court's attention.
>
> SO ORDERED.     3/1/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

**Re:**  *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, **No. 22-cv-05971-LGS-SLC**
Joint Status Letter

Dear Judge Cave:

Pursuant to Your Honor's February 15, 2029 Order (ECF No. 435), the Parties submit this joint status letter to advise the Court of their progress in scheduling fact witness depositions in this litigation.

The depositions noted in the parties' prior reports are all scheduled to occur on the dates previously reported.

The parties are in agreement regarding the remaining Rule 30(b)(6) deposition topics (i) subject to CCM's reservation of rights as to loanDepot's forthcoming written responses to two topics, and (ii) with the exception of three of the Individual Defendants' proposed topics about which the parties are still conferring and/or may need to raise a dispute with your Honor.

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc:     All Attorneys of Record Via CM/ECF