> The parties' request at ECF No. 438 is GRANTED, and the proposed briefing schedule set forth therein is ADOPTED. The issues raised in the parties' forthcoming letters will be discussed at the conference scheduled for April 9, 2024 (see ECF No. 425).
>
> The Clerk of Court is respectfully directed to close ECF No. 438.
>
> SO ORDERED.   3/6/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

VIA ELECTRONIC CASE FILING
Hon. Sarah L. Cave, United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      **Re: Joint Motion Setting Briefing Deadlines**
         *loanDepot v. CrossCountry Mortgage, et al.*, No. 1:22-cv-05971-AS-SLC (S.D.N.Y.)

Dear Judge Cave:

      The Parties are in receipt of Your Honor's March 1, 2024 Order requiring the Parties to "file a further joint status update regarding deposition scheduling" by March 22, 2024, which "shall include the parties' positions as to any open discovery disputes that are ripe for the Court's attention." (ECF No. 437.) We write on behalf of all Parties to advise the Court that the Parties each have certain discovery disputes that are currently ripe for adjudication, and the Parties therefore respectfully move this Court to set briefing deadlines regarding those ripe disputes prior to the filing of the Parties next joint status report.

      On February 29, 2024, the Parties met and conferred regarding deposition scheduling and discovery matters, during which the Parties reached an impasse as to several discovery disputes. Accordingly, pursuant to Your Honor's Rule II.C.3, the Parties jointly move to set a briefing schedule as to those ripe disputes as follows:

- On or before March 11, 2024, each Party shall file a pre-motion letter, not to exceed three pages, regarding the issues on which it seeks to compel discovery;
- On or before March 20, 2024, each non-moving Party shall file an opposition letter, not to exceed three pages; and
- On or before March 25, 2024, each moving Party shall file a reply in support of its pre-motion letter, not to exceed one page.

      We appreciate the Court's attention to this matter.

                       Respectfully submitted,

                       *s/ Michael A. Platt*

                       Michael A. Platt

cc: All counsel of record (by ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON