# EXHIBIT 3

```
 1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     ------------------------------------------------------------x
 4   LOANDEPOT.COM, LLC,

 5              Plaintiff,

 6        v.

 7   CROSSCOUNTRY MORTGAGE, LLC, STANISLAV ALESHIN,
     KEISHA ANTOINE, ANTHONY AYALA, SCOTT BONORA,
 8   FAHEEM HOSSAIN, STUART KOLINSKY, BARRY KOVEN,
     DANIEL KWIATKOWSKI, JAROSLAW KWIATKOWSKI,
 9   YUSHENG LIU, ROBERT LONDON, ENRICO MARTINO,
     DANIEL MEIDAN, SCOTT NADLER, GIOVANNI NAVAREZ,
10   DAVID OSTROWSKY, EMLELINE RAMOS, ROBERT RAUSH,
     RAFAEL REYES, MICHAEL SECOR, LLEWELLYN TEJADA,
11   ILYA VAYSBERG, ERIKA VIGNOLA and YAN ZHENG,

12              Defendants.

13   ------------------------------------------------------------x

14

15         * CONTAINS ATTORNEYS' EYES ONLY PORTIONS *

16
                    DEPOSITION OF DONALD MELLAY
17

18                      900 Third Avenue

19                     New York, New York

20
                         May 12, 2023
21
                          9:15 a.m.
22

23

24   Reported By:
     Cheryll Kerr, CSR
25   Job No. J9659256
```



1                        D. Mellay

2           (Thereupon, a document was marked by the

3      shorthand reporter as Mellay Exhibit 1 for

4      identification.)

5           MR. LOPEZ:  It's a text message on

6      December 9, 2021.

7   BY MR. LOPEZ:

8      Q.   Do you recognize this text message?

9      A.   Yes.

10     Q.   Was this -- it says:

11   "Michael, it was great to connect with you today.

12   Appreciate you taking the time.  Safe drives and looking

13   forward to continuing our conversation next Wednesday."

14        Is this the first time that you met --

15        Well, had you met in person with Mr. Secor before

16   sending this text message?

17     A.   No.

18     Q.   So what does "safe drives" refer to?

19     A.   I don't remember.

20     Q.   Okay.  Was this the first time --

21        You were talking about connecting with him that

22   day.  Was this the first time you spoke with him?

23     A.   Yes.

24     Q.   By the way, at any point, has anyone at

25   CrossCountry asked you for your text messages in



```
 1                      D. Mellay
 2   connection with this litigation?
 3        A.   No.
 4        Q.   Okay.
 5             (Pause.)
 6   BY MR. LOPEZ:
 7        Q.   All right.
 8        You can stop with that document.  Did you also hire
 9   Ms. Ramos?
10        A.   Yes.
11        Q.   Does she work at Danbury?
12        A.   She lives in Florida but is tied to Danbury.
13        Q.   Was she recommended to you by Mr. Secor?
14        A.   No.
15        Q.   Oh.  How did you come to hire her, then?
16        A.   She was his assistant.
17
18
19
20
21
22
23
24        Q.   So you offered to hire his assistant?
25        A.   Yes.
```



CONFIDENTIAL - ECF No. 95