# EXHIBIT 4

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
 3          FOR THE SOUTHERN DISTRICT OF NEW YORK
 4
 5   LOANDEPOT.COM, LLC,              )
                                      )
 6                  Plaintiff,        ) Case No.
                                      ) 1:22-cv-05971-LGS
 7              vs.                   )
                                      )
 8   CROSSCOUNTRY MORTGAGE, LLC,      )
     STANISLAV ALESHIN, KEISHA        )
 9   ANTOINE, ANTHONY AYALA, SCOTT    )
     BONORA, FAHEEM HOSSAIN,          )
10   STUART KOLINSKY, BARRY KOVEN,    )
     DANIEL KWIATKOWSKI, JAROSLAW     )
11   KWIATKOWSKI, YUSHENG LIU,        )
     ROBERT LONDON, ENRICO            )
12   MARTINO, DANIEL MEIDAN, SCOTT    )
     NADLER, GIOVANNI NARVAEZ,        )
13   DAVID OSTROWSKY, EMELINE         )
     RAMOS, ROBERT RAUSH, RAFAEL      )
14   REYES, MICHAEL SECOR,            )
     LLEWELLYN TEJADA, ILYA           )
15   VAYSBERG, ERIKA VIGNOLA, and     )
     YAN ZHENG,                       )
16                                    )
                    Defendants        )
17   ---------------------------------)

18            DEPOSITION OF SCOTT D. BONORA
19
20                   May 22, 2023
21                    9:21 a.m.
22                 900 Third Avenue
23                New York, New York
24
25            KRISTIN KOCH, RPR, RMR, CRR
```



1             S. Bonora
2      Q.     You needed one.  Okay.
3      A.     Yes.
4             (Bonora Exhibit 2, e-mail dated
5      3-3-2022 with attachment, Bates stamped
6      INDIVDEF_0010870 through INDIVDEF_0010883,
7      marked for identification.)
8      Q.     All right.  Let's look at Bonora 2,
9   which is -- let me put it into the chat.  It is a
10  document Bates stamped Individual Defendant
11  0010870 from Scott Bonora's Gmail address to an
12  e-mail address playersonlycommish@gmail.com, March
13  3rd, 2022.
14            And you write:  "Here is the old one
15  and the new one.  I have not signed the new one,
16  but most of the guys have.  Barry and Tony have,
17  Raf has not."
18            Is "Barry" Barry Koven in this e-mail?
19     A.     Yes.
20     Q.     Is "Tony" Tony Ayala?
21     A.     Yes.
22     Q.     Is "Raf" Rafael Reyes?
23     A.     Correct.
24     Q.     And who is
25  playersonlycommish@gmail.com?



```
 1                         S. Bonora
 2          A.    I think that's Justin Lieberman.
 3          Q.    Okay.  And it look like there is an
 4    attachment, Retail Master Incentive Plan, and it
 5    says "prior" in handwritten -- in a handwritten
 6    note on the top.  Did you write that, "prior"?
 7          A.    Yes.
 8          Q.    Okay.  What is this document?
 9          A.    This is the Retail Master Incentive
10    Plan for loanDepot.
11          Q.    Okay.  And if you scroll down to page 5
12    of the PDF, do you see that Section VI says
13    "Employee Confidentiality, Company Property, and
14    Non-Solicitation Obligations"?
15          A.    Yes.
16          Q.    All right.  Have you reviewed these
17    provisions in the past?
18          A.    Yes.
19          Q.    Okay.  And is that your signature on
20    page 8 of the PDF, 7 of the attachment?
21          A.    Electronic signature, yes.
22          Q.    Okay.  But you did cause that
23    electronic signature to appear, right, just for
24    the record?
25          A.    I believe so, yes.
```



```
 1                      S. Bonora
 2   doesn't think.
 3        Q.   All right.  So in 2018, the Guaranteed
 4   Rate, CrossCountry, GuardHill Financial, FM Home
 5   Loans, you thought that they offered more
 6   competitive pricing than loanDepot?
 7        A.   I didn't think that.  I was exploring
 8   that.
 9        Q.   Okay.  Did you speak with anyone at
10   CrossCountry about joining CrossCountry in 2018?
11        A.   Yes.
12        Q.   Who did you speak with about that in
13   2018?
14        A.   Justin Lieberman.
15        Q.   Anybody else?
16        A.   Ron Leonhardt.  Some of their corporate
17   executives, I'm sure.  I don't recall who.
18        Q.   Did you decide not to join CrossCountry
19   in 2018?
20        A.   Correct.
21        Q.   Were any of your loan officers thinking
22   about joining CrossCountry in 2018?
23        A.   I don't know.
24        Q.   Did you speak with anyone at loanDepot
25   about your own personal interest in joining
```

