# EXHIBIT 10

```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2

 3      - - - - - - - - - - - - -x

 4    LOANDEPOT.COM, LLC,            :

 5           Plaintiff,              :

 6    vs.                            :    No. 1:22-cv-05971-LGS

 7    CROSSCOUNTRY                   :
      MORTGAGE, LLC,
 8    STANISLAV ALESHIN,             :
      KEISHA ANTOINE,
 9    ANTHONY AYALA, SCOTT           :
      BONORA, FAHEEM
10    HOSSAIN, STUART                :
      KOLINSKY, BARRY
11    KOVEN, DANIEL                  :
      KWIATKOWSKI, JAROSLAW
12    KWIATKOWSKI, YUSHENG           :
      LIU, ROBERT LONDON,
13    ENRICO MARTINO,                :
      DANIEL MEIDAN, SCOTT
14    NADLER, GIOVANNI               :
      NARVAEZ, DAVID
15    OSTROWSKY, EMELINE             :
      RAMOS, ROBERT RAUSCH,
16    RAFAEL REYES, MICHAEL          :
      SECOR, LLEWELLYN
17    TEJADA, ILYA                   :
      VAYSBERG, ERIKA
18    VIGNOLA, and YAN               :
      ZHENG,
19                                   :
             Defendants.
20
        - - - - - - - - - - - - -x
21

22                       Deposition of

23                       DANIEL MEIDAN

24                    Conducted Virtually

25
```

```
1    Mr. Leonhardt would be in attendance for meetings
2    on this trip was when you arrived at
3    CrossCountry's location?
4         A    When we went to dinner, yes.
5         Q    When you went to dinner, okay.  So tell me
6    about the travel to CrossCountry's headquarters
7    for this meeting.  Where did you go to commence
8    your travel?
9         A    We -- we took a plane.  We took a private
10   plane there; I guess the company plane.  The
11   airport, it was Teterboro, if I'm not -- if I'm
12   not mistaken.
13              THE REPORTER:  I'm sorry.  Can you repeat
14   that.
15              THE WITNESS:  Teterboro in New Jersey; and
16   we took a plane to -- I forgot where the company
17   is -- and rented a hotel.  From the hotel we went
18   for dinner.
19   BY MR. LONG:
20        Q    So your recollection is that you went to
21   a hangar or airport someplace to take a private
22   plane, right?
23        A    Right.
24        Q    Was that Ron Leonhardt's private plane?
25        A    I think that's what they said.
```