# EXHIBIT 11

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------------x
 4    loanDepot.com, LLC,                 :
 5                        Plaintiff,      :
 6       v.                               :  Case No.: 22 CIV. 5971
 7    CROSSCOUNTRY MORTGAGE, LLC, KEISHA  :
 8    ANTOINE, SCOTT BONORA, STUART       :
 9    KOLINSKY, BARRY KOVEN, ENRICO       :
10    MARTINO, SCOTT NADLER, EMELINE      :
11    RAMOS, ROBERT RAUSH, MICHAEL SECOR, :
12    ERIKA VIGNOLA, and YAN ZHENG,       :
13                        Defendants.     :
14    -----------------------------------x
15
16                    Deposition of
17                    ANTHONY AYALA
18                  Conducted Virtually
19               Wednesday, May 17, 2023
20                    12:03 p.m. EDT
21
22
23    Job No.: 492875
24    Pages: 1 - 169
25    Reported by: Cassidy Western, RPR
```

1   stay together, or did you guys break apart?
2        A    We stuck together.
3        Q    Okay.  Was there ever any time at
4   that -- during that day where you guys broke
5   apart, or were you together the whole time?
6        A    We were together the whole time.
7        Q    Okay.  How many meetings with
8   CrossCountry representatives do you recall having?
9        A    That day?
10       Q    That day.
11       A    I mean, there were several back-to-back
12  meetings or one long meeting with different
13  speakers and breaks.
14       Q    Okay.  Who -- can you list for me all of
15  the CrossCountry representatives that you can
16  recall taking part in those meetings?
17       A    I cannot.
18       Q    Okay.  Did Mr. Lieberman take part in
19  those meetings?
20       A    Yes.  I'm not sure if he spoke.
21       Q    Okay.  Did Mr. Reid take part in those
22  meetings?
23       A    He attended, but I'm not sure if he
24  spoke.
25       Q    Did Mr. Leonhardt take part in those

1  meetings?
2       A    Yes.
3       Q    Did Mr. Leonhardt speak?
4       A    Yes.
5       Q    What did Mr. Leonhardt speak about?
6       A    I don't remember, to be honest.  Just,
7  you know, overall things about the company.
8       Q    Okay.  Did Tim Roach speak?
9       A    I don't recall that name.
10      Q    Okay.  As you sit here today, do you
11 know who Tim Roach is?
12      A    No.
13      Q    Do you recall people other than Ron
14 Leonhardt speaking during the meeting?
15      A    Yes.
16      Q    Can you recall any of their names as you
17 sit here today?
18      A    No.
19      Q    Were there any materials provided to the
20 loanDepot group during those meetings?
21      A    I would say possibly yes.
22      Q    Do you recall, one way or the other,
23 whether you received any documents from anyone at
24 CrossCountry on that -- during that trip?
25      A    I'm thinking if any documents were