UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                        Plaintiff,

       -v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                      Defendants.

CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Yesterday, March 11, 2024, with the Court's permission (ECF No. 439), Plaintiff loanDepot.com, LLC ("LD") and Defendant CrossCountry Mortgage, LLC ("CC") each filed a letter setting forth discovery issues to be discussed at the telephone conference scheduled for April 9, 2024 (ECF Nos. 425; 439 (the "Conference")).  (ECF Nos. 440 (the "LD Letter"); 443 & 445 (the "CC Letter")).  To the extent that the CC Letter was filed as a motion seeking a conference, that motion (ECF Nos. 443; 445) is DENIED AS MOOT given that the Court has already scheduled the Conference.

LD and CC also each filed a letter-motion requesting permission to seal certain exhibits attached to their Letters, and, in CC's case, to redact certain portions of the CC Letter itself. (ECF Nos. 441; 443 (the "Sealing Requests")).  The Sealing Requests (ECF Nos. 441; 443) are GRANTED.  The documents filed at ECF Nos. 442, 442-1, 442-2, 445, 445-1, 445-2, 445-3, and 445-4 shall remain under seal and visible only to the selected parties and the Court.

As it appears that LD also mistakenly filed publicly the three documents it initially filed under seal (see ECF Nos. 446; 446-1; 446-2), the Clerk of Court is respectfully directed to strike ECF No. 446 and remove the documents filed at ECF Nos. 446, 446-1, and 446-2.

2

The Clerk of Court is respectfully directed to close ECF Nos. 441, 443, 444, and 445.

Dated:     New York, New York          SO ORDERED.
           March 12, 2024

_____
SARAH L. CAVE
United States Magistrate Judge

2