

March 20, 2024

> The sealing request at ECF Nos. 453 and 454 is GRANTED.  The documents filed at ECF Nos. 452, 454, 454-1, 454-2, and 454-3 shall remain as viewable only to the parties and the Court.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 453 and 454.
>
> SO ORDERED.     3/21/2024
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

**Re:** ***loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.,***
       **No. 1:22-cv-05971-LGS**

Dear Judge Cave:

  Plaintiff loanDepot.com, LLC ("loanDepot"), by and through its attorneys, Littler Mendelson, P.C., respectfully moves this Court, pursuant to the Court's Rule I(F)(2), Judge Subramanian's Rule I(D)(3), and the Stipulated Protective Order in this action (ECF No. 95), for leave to file the exhibits that are attached to loanDepot's contemporaneously filed letter in opposition ("Opposition Letter") to Defendant CrossCountry Mortgage, LLC's ("CCM") letter motion (ECF No. 445), as well as the portions of loanDepot's Opposition Letter citing or relying upon same, under seal. The information subject to this letter motion is submitted as part of, and is cited in, loanDepot's Opposition Letter. In support of this letter request, loanDepot states as follows:

  On September 19, 2022, this Court entered a Stipulated Protective Order (ECF No. 95), permitting the parties to designate documents as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" if the document falls within one or more categories specified in the order. The documents and testimony loanDepot seeks to file under seal contain materials marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY" by the parties in discovery. loanDepot moves to file same under seal consistent with the Protective Order in this case.

### I.  DOCUMENTS MARKED CONFIDENTIAL OR HIGHLY CONFIDENTIAL BY CCM, ON WHICH CCM BEARS THE BURDEN

**Exhibit C**

CCMNY_00029160-61