UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' sealing requests at ECF Nos. 461–463 are GRANTED. The documents filed at ECF Nos. 462, 462-1, 462-2, 462-3, 464, and 464-1 shall remain under seal and visible only to the selected parties and the Court. The redacted filings at ECF Nos. 460 and 465 shall remain as visible to the public.

The Clerk of Court is respectfully directed to close ECF Nos. 461, 462, and 463.

Dated:     New York, New York
          March 26, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**