

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

April 30, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

**Re:** *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, **No. 22-cv-05971-AS-SLC**
<u>Joint Status Letter</u>

Dear Judge Cave:

Pursuant to Your Honor's March 22, 2024 Order (ECF No. 459), the Parties submit this joint status letter. The Parties continue to confer regarding a mutually agreeable date for the deposition of Mr. Leonhardt, as well as document productions in compliance with the Court's Order (ECF No. 459). The Parties anticipate that a minor extension of the existing deadlines, including the May 10, 2024 fact discovery deadline, may be necessary in order for the Parties to complete the above. The Parties propose filing another joint status report with the Court, along with any request for a short extension of the existing deadlines, on or before May 10, 2024.

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc: All Attorneys of Record Via CMF/ECF

littler.com