UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

  -v-                                      CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,                  **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's requests at ECF Nos. 473 and 475 to file the documents at ECF Nos. 472, 472-4, and 475-1 under seal or with redactions are GRANTED. The documents at ECF Nos. 474, 474-1, and 474-2 shall remain visible only to the selected parties, and the sealing restriction on the document at ECF No. 472-6 shall be modified from sealed to visible only to the case participants.

The Court observes that, on May 3, 2024, Defendant filed at ECF No. 472 a public version of these documents—along with other documents that they do not seek to file under seal (ECF Nos. 472, 472-1, 472-3, 472-5, and 472-7 (the "Non-Confidential Documents"))—but failed to redact the document at ECF No. 472-6. At Defendant's request, the Clerk of Court subsequently sealed the entire filing at ECF No. 472, including the Non-Confidential Documents. (See ECF min. entry May 6, 2024). On May 6, 2024, Defendant submitted a redacted version of the document at ECF No. 472-6 and requested the Court order ECF No. 472-6 remain sealed. (ECF No. 475). Defendant did not, however, refile public versions of the Non-Confidential Documents, which remain under seal. (ECF No. 475). Accordingly, the Court will unseal the Non-Confidential Documents.

The Clerk of Court is respectfully directed to close ECF Nos. 473 and 475; to unseal ECF Nos. 472, 472-1, 472-2, 472-3, 472-4, 472-5, and 472-7; to maintain the documents at ECF Nos. 474, 474-1, and 474-2 as visible only to selected parties; and to modify the sealing restriction on ECF No. 472-6 from sealed to visible only to the case participants.

Dated:   New York, New York  
        May 8, 2024

SO ORDERED.

_____  
SARAH L. CAVE  
United States Magistrate Judge