UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

  -v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 478 to file the documents at ECF No. 477 with redactions or under seal is GRANTED. The documents at ECF No. 479 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF Nos. 478 and 479.

Dated:    New York, New York
           May 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**