UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    Plaintiff's request at ECF No. 483 to file the documents at ECF No. 482 with redactions or under seal is GRANTED. The documents at ECF No. 484 shall remain visible only to the selected parties and the Court.

    The Clerk of Court is respectfully directed to close ECF No. 483.

Dated:      New York, New York          SO ORDERED.
            May 10, 2024

                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**