UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

  -v-                                   CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Today, May 31, 2024, the Court held a telephonic discovery conference (the "Conference") to discuss issues raised by Defendant CrossCountry Mortgage, LLC ("CC") (ECF Nos. 472 & 474) for an order compelling LD to provide (1) documents and information related to marketing emails LD sent using the names of former LD employees (the "Departed NY Employees"), and (2) a computation of each category of its claimed damages. As discussed at the Conference:

1. By 5:00 p.m. on **Monday, June 3, 2024**, CC shall provide to LD the names of five additional Departed NY Employees (the "Five Departed NY Employees").

2. LD shall determine whether, as part of LD's Memorial Day and Fourth of July marketing campaigns, LD sent any emails to the contacts of the Five Departed NY Employees, and if so, whether any of those contacts subsequently closed a loan with LD. LD shall promptly provide this information to CC. At the same time, LD shall also disclose the amounts of the loans closed by the two borrowers discussed at the Conference.

3. By **June 14, 2024**, consistent with Federal Rule of Civil Procedure 26(a)(1)(A)(iii) and Local Civil Rule 33.3(a), LD shall provide damages computations in response to CC's Interrogatory No. 9, and CC shall provide damages computations in response to LD's Interrogatory No. 18.

4. The deadline for completion of all fact discovery is EXTENDED to **July 31, 2024**. By **August 7, 2024**, the parties shall file a joint letter certifying the completion of all fact discovery.

5. By **June 5, 2024**, the parties shall meet and confer and file a joint letter proposing a schedule for the completion of expert discovery.

6. A telephone conference is scheduled for **Monday, July 22, 2024 at 4:00 p.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By 5:00 p.m. on **Wednesday, July 17, 2024**, the parties shall meet and confer and file a joint letter describing any issues ripe for the Court's attention at the July 22 conference.

The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **June 5, 2024**, and shall select the "7 Day" option for service.

Dated:  New York, New York  
        May 31, 2024

SO ORDERED.

_____  
SARAH L. CAVE  
United States Magistrate Judge