

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

June 5, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

**Re:**  *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, **No. 22-cv-05971-AS-SLC**
Joint Status Letter

Dear Judge Cave:

Pursuant to Your Honor's May 31, 2024 Order (ECF No. 489), the Parties submit the following proposed schedule for expert discovery:

- Expert Disclosures:           Friday, August 23, 2024
- Expert Rebuttal Disclosures:  Friday, October 4, 2024
- Expert Deposition Deadline:   Friday, November 8, 2024

Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc:     All Attorneys of Record Via CMF/ECF

littler.com