UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANDEPOT.COM, LLC,<br><br>                  Plaintiff,<br><br>-v-<br><br>CROSSCOUNTRY MORTGAGE, LLC, et al.,<br><br>                  Defendants. | CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request at ECF No. 493 to file the documents at ECF No. 492 with redactions or under seal is GRANTED. The documents at ECF No. 494 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 493.

Dated:      New York, New York                  SO ORDERED.
              June 17, 2024

                                                            **SARAH L. CAVE**
                                                            **United States Magistrate Judge**