UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANDEPOT.COM, LLC,<br><br>      Plaintiff,<br><br>-v-<br><br>CROSSCOUNTRY MORTGAGE, LLC, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 499 to file the documents at ECF No. 498 with redactions or under seal is GRANTED. The documents at ECF No. 500 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 499.

Dated:  New York, New York    SO ORDERED.
      July 1, 2024

                    _____
                    **SARAH L. CAVE**
                    **United States Magistrate Judge**