

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY 14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.203.3414 fax
jpizzutelli@littler.com

July 17, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

**Re:** *loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*, **No. 22-cv-05971-AS-SLC**
Joint Letter

Dear Judge Cave:

We write on behalf of all Parties to advise the Court that, per the Court's order, the Parties have met and conferred regarding outstanding discovery issues, and their conferrals are continuing. At this time, there are no issues ripe for the Court's attention at the July 22, 2024 conference. Consequently, the Parties respectfully request that the July 22, 2024 conference be adjourned to July 29, 2024, or the next available date convenient for the Court. The Parties further request leave to file a joint letter by 5:00 pm on July 25, 2024 regarding any outstanding discovery disputes ripe for the Court's attention at the rescheduled conference.

Respectfully submitted,

*Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc: All Counsel of Record (via ECF)

4876-7316-4753.1 / 114369-1017