UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      Defendant's request at ECF No. 515 to file the documents at ECF No. 517 with redactions or under seal is GRANTED. The documents at ECF No. 516 shall remain visible only to the selected parties and the Court.

      The Clerk of Court is respectfully directed to close ECF No. 515.

Dated:    New York, New York           SO ORDERED.
           August 13, 2024

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**