UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,              **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 519 to file the documents at ECF No. 520 with redactions or under seal is GRANTED. The documents at ECF No. 521 shall remain visible only to the selected parties and the Court.

The Clerk of Court is respectfully directed to close ECF No. 519 and to unseal and make available to the public the documents at ECF No. 520.

Dated:      New York, New York          SO ORDERED.
             August 27, 2024

                                                               **SARAH L. CAVE**
                                                               **United States Magistrate Judge**