UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

               Plaintiff,

-v-                                  CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

CROSSCOUNTRY MORTGAGE, LLC, et al.,         **ORDER**

               Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

     A telephonic status conference is scheduled for **Monday, December 9, 2024 at 10:00 a.m.** and will be hosted on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; Conference ID#: 151-928-741, at the scheduled time. In addition, by **Monday, December 2, 2024**, the parties shall file a joint letter with a status update and/or highlighting any issues related to expert discovery about which the parties have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:     New York, New York         SO ORDERED.
            October 8, 2024

                                                    **SARAH L. CAVE**
                                                    United States Magistrate Judge