UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOANDEPOT.COM, LLC,<br><br>       Plaintiff,<br><br> -v-<br><br>CROSSCOUNTRY MORTGAGE, LLC, et al.,<br><br>       Defendants. | CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The telephonic status conference scheduled for Monday, December 9, 2024 at 10:00 a.m. is RESCHEDULED to **Monday, December 9, 2024 at 12:00 p.m.**  The parties are directed to call: (646) 453-4442; Conference ID#: 151-928-741#, at the scheduled time.  In addition, the **Monday, December 2, 2024** deadline to submit a joint letter with a status update and/or highlighting any issues related to expert discovery remains in effect.

Dated:  New York, New York    SO ORDERED.
      October 17, 2024

                       _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**