

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.486.1605 fax
jpizzutelli@littler.com

December 2, 2024

**VIA ECF**

Hon. Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

**Re:**   ***loanDepot.com, LLC v. CrossCountry Mortgage, LLC, et al.*,**
    **Case No. 22-cv-05971-AS-SLC -** <u>Joint Status Letter</u>

Dear Judge Cave:

    Pursuant to Your Honor's October 8, 2024 Order (ECF No. 523), the Parties submit this brief joint status letter. The Parties report that they are in the process of deposing each side's designated experts. Two expert depositions are already completed, and three more will occur this week. Due to scheduling issues, two more depositions are scheduled to occur next week, on December 10 and 11, 2024. The Parties look forward to the conference with the Court on December 9, 2024.


Sincerely,

*/s/ Jessica F. Pizzutelli*

Jessica F. Pizzutelli


cc:    All Attorneys of Record Via CMF/ECF

littler.com