UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

            Plaintiff,

-v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

            Defendants.

CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, December 9, 2024, the Court orders the parties to file by **Tuesday, December 17, 2024**, a joint letter regarding: (1) any remaining expert discovery issues about which the parties have met and conferred; (2) the contention interrogatories served on Plaintiff loanDepot by Defendant CrossCountry Mortgage on November 6, 2024; and (3) whether a further conference will be required to address any existing disputes.

Dated:    New York, New York
            December 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
United States Magistrate Judge