# JONES DAY

December 17, 2024

VIA ELECTRONIC CASE FILING

Hon. Sarah L. Cave, United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re: *loanDepot v. CrossCountry Mortgage, et al.*, No. 1:22-cv-05971-AS-SLC (S.D.N.Y.)

Dear Judge Cave:

    Pursuant to the Court's December 9, 2024 Order (ECF 534), the parties jointly submit this status letter. On December 17, 2024, the parties met and conferred over any remaining expert discovery issues, the contention interrogatories that CrossCountry Mortgage served on loanDepot on November 6, 2024, and whether a further conference with the Court is required.

    At this time, the parties do not have any remaining expert discovery issues that require the Court's attention.

    The parties were unable to resolve their dispute regarding CrossCountry's contention interrogatories, and respectfully request a letter briefing schedule and subsequent conference with the Court, pursuant to the Court's Individual Practices in Civil Cases Rule II.C.2, II.C.3, and II.C.5, at Your Honor's earliest convenience. CrossCountry is prepared to file its Letter-Motion on Thursday, December 19, 2024.

    We appreciate the Court's attention to this matter.

                                     Respectfully submitted,

                                     *s/ Michael A. Platt*

                                     Michael A. Platt

cc: All counsel of record (by ECF)