

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY 14450

Jessica F. Pizzutelli
585.203.3403 direct
585.203.3400 main
585.203.3414 fax
jpizzutelli@littler.com

January 3, 2025

Judge Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *loanDepot v. CrossCountry Mortgage*, No. 1:22-cv-5971-AS-SLC (S.D.N.Y.)

Dear Judge Subramanian:

We write to advise the Court that the Parties have reached a confidential settlement in principle of the above-referenced case. The Parties respectfully request that the Court stay all deadlines in this matter, including the impending summary judgment motion filing deadline of January 10, 2025 and subsequent briefing deadlines, while the Parties reduce their agreement in principle to a negotiated written long-form settlement agreement. The Parties would be happy to submit a status update to the Court in 30 days regarding their progress. We make this request in order to conserve party and judicial resources in light of the settlement in principle, and to allow the Parties time to focus their efforts on preparing the written settlement agreement.

Respectfully submitted,

*Jessica F. Pizzutelli*

Jessica F. Pizzutelli

cc:     All Counsel of Record (via ECF)

**Error! Unknown document property name.**