UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOANDEPOT.COM, LLC,

                Plaintiff,

  -v-

CROSSCOUNTRY MORTGAGE, LLC, et al.,

                Defendants.

CIVIL ACTION NO. 22 Civ. 5971 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' letter requesting an extension of the deadline to reopen this case (ECF No. 544), a telephonic conference regarding the status of the parties' efforts to finalize their settlement is scheduled for **Monday, March 3, 2025 at 3:30 p.m.** The parties are directed to call: (646) 453-4442; access code: 957-108-941#, at the scheduled time.

Dated:     New York, New York  
          February 20, 2025

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**